```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

THERESA CATHERYNNE W. PRYOR-KENDRICK                              PLAINTIFF

      v.            Civil No. 06-5195

JUDGE TOM KEITH; ROBERT SCOTT PARKS,
Public Defender; BLYTHE WHITEHERD,
Prosecuting Attorney; and MARK
BURNTHALL, Probation/Parole Officer                              DEFENDANTS

### O R D E R

Now on this 14th day of December, 2006, come on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #9), and plaintiff's **Objections** thereto (document #10). The Court has carefully reviewed said Report And Recommendation, and finds that it is sound in all respects and should be adopted *in toto*. The Objections do not fairly meet the substance of the Report And Recommendation, and will, therefore, be overruled.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that plaintiff's **Objections** thereto are **overruled**.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's Complaint is hereby **dismissed**.

IT IS SO ORDERED.

                                            /s/ Jimm Larry Hendren
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE